# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TED A. McCRACKEN,                :   | |
|     Plaintiff,           : | |
|                                : | |
| v.                              :      | CIVIL ACTION NO. 19-CV-1860 |
|                                : | |
| ROBERT EVANCHICK, et al.,       :   | |
|     Defendants.          : | |

## ORDER

AND NOW, this        day of May, 2019, upon consideration of Plaintiff Ted. A. McCracken's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. All official capacity claims against all Defendants are **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) to the extent that McCracken seeks money damages.

4. The Clerk of Court shall issue summonses.

5. The United States Marshal for the Eastern District of Pennsylvania shall serve the summonses, the Complaint and a copy of this Order and accompanying Memorandum upon the Defendants at no cost to McCracken. McCracken will be required to complete USM-285 forms so that the Marshals can serve the Defendants. Failure to complete those forms may result in dismissal of this case for failure to prosecute.

                                                  **BY THE COURT:**

                                                  */s/ Eduardo C. Robreno*
                                                  *EDUARDO C. ROBRENO,    J.*